# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAIAS VASQUEZ-AMAYA,<br><br>Defendant. | No. CR14-3047<br><br>ORDER REGARDING REIMBURSEMENT FOR COURT-APPOINTED COUNSEL |

On August 28, 2014, Defendant was charged by Indictment with one count of conspiracy to distribute a controlled substance (Count 1), three counts of distributing a controlled substance (Counts 2, 3, and 4), and one count of possession with the intent to distribute a controlled substance (Count 5). At Defendant's initial appearance on September 3, 2014, the Court appointed attorney John D. Jacobsen to represent Defendant, and ordered Defendant to submit a financial affidavit. On September 9, 2014, Defendant submitted a financial affidavit which states, among other things, that Defendant has $3,500 "cash on hand or money in savings or checking accounts." Accordingly, the Court concludes Defendant has an ability to contribute to the cost of his defense.

## ORDER

IT IS THEREFORE ORDERED that Defendant must make an immediate Two Thousand Dollar ($2,000) payment toward the cost of his defense. At the conclusion of this case, Defendant may be required to pay an additional amount for the cost of his defense, as determined by the district judge.[1] Defendant's attorney is instructed to provide

---

[1] If Defendant is convicted in this case, then the amount of reimbursement will be
(continued...)

the Court with an accounting at the conclusion of the case, disclosing the cost of defense. The Clerk of Court is directed to provide the United States Probation Office with a copy of this Order, so that an appropriate entry may be made in the presentence investigation report.

DATED this 10th day of September, 2014.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA

---

[1](...continued)
determined at the sentencing hearing. If Defendant is acquitted, then the reimbursement will be determined when an order is entered dismissing the indictment.